# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

130204

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BIORESOURCE, INC.,
          Plaintiff-Appellee,

and

OPPMAC, INC.,
          Intervening
          Plaintiff-Appellee,

v

CITY OF DETROIT, JOE
VASSALLO, PAUL BERNARD,
and FREDERICK ROTTACH,
          Defendants-Appellants,

and

CENTRAL MAINTENANCE
SERVICES, INC., SAM FODALE,
JERRY FODALE, STATE OF
MICHIGAN, and DIAMOND
DISMANTLING, INC.,
          Defendants.

SC: 130204
COA: 266668
Wayne CC: 01-123531-CH

_____/

      On order of the Court, the application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the questions presented should be reviewed by this Court before consideration by the Court of Appeals.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk